44 A.3d 1145

**Kahlil MILLER, Petitioner**

**v.**

**Philadelphia Common Pleas Judge Genece BRINKLEY, Philadelphia Court Of Common Pleas, Respondents.**

**No. 11 EM 2012.**

Supreme Court of Pennsylvania.

May 14, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.